CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YUCHEN ZHANG,

          Plaintiff,

   v.

UNITED STATES DEPARTMENT OF
STATE, *et al.*,

          Defendants.

Case No. 5:26-cv-00562-SVK

**STIPULATION TO EXTEND TIME FOR
DEFENDANTS' RESPONSE TO PLAINTIFF'S
COMPLAINT AND [PROPOSED] ORDER**

      The parties, through their undersigned attorneys, hereby stipulate to an extension of time for

Defendants' response to Plaintiff's complaint. Defendants will file their response on or before

April 30, 2026. The parties make this request because the agency is in the process of reviewing this case

and needs a brief period of additional time to prepare their response.

      The parties further request a corresponding extension on the deadline for filing a summary

judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 6. Currently,

Defendants must file a motion for summary judgment by 120 days after the complaint was served, or

June 1, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the

parties request that Defendants file their motion for summary judgment by July 1, 2026.

Stipulation to Extend
Case No. 5:26-cv-00562-SVK                 1

Dated: March 30, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 30, 2026

*/s/ Meixuan Zhang*
MEIXUAN ZHANG
Reeves Immigration Law Group
Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 31, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-00562-SVK                    2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal DefendantS in the above-captioned action.

2.      On January 19, 2026, Plaintiff filed a complaint in which she seeks adjudication of her visa. *See* Dkt. No. 1.  Our office was served with the complaint on January 30, 2026.

3.      My office has been conferring with the agency regarding this case and we determined that Defendants need a brief period of additional time to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  March 30, 2026

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 5:26-cv-00562-SVK                    3