CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUCHEN ZHANG,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>    Defendants. | Case No. 5:26-cv-00562-SVK<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |

On March 31, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiff's complaint, setting a due date for Defendants' response as April 30, 2026. *See* Dkt. 11. Plaintiff and Defendants now stipulate and respectfully request the Court to grant an additional extension of time for Defendants' response to Plaintiff's complaint and set a due date for May 29, 2026. The parties make this request because the agency needs an additional brief period of time to prepare their response. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request a corresponding extension for Defendants' motion for summary judgment. The parties request that Defendants file their motion for summary judgment by July 31, 2026.

Dated: April 30, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 30, 2026

*/s/ Meixuan Zhang*
MEIXUAN ZHANG
Reeves Immigration Law Group
Attorney for Plaintiff

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 1, 2026

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-00562-SVK                    2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.      On March 31, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiff's complaint, setting a due date for Defendants' response as April 30, 2026. *See* Dkt. 11.

3.      My office has been conferring with the agency regarding this case and we determined that Defendants need an additional brief period of time to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an additional extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 30, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 5:26-cv-00562-SVK                          3