United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN ZHANG,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF STATE, et al.,<br>Defendants. | Case No. 26-cv-00562-SVK<br>**ORDER SETTING HEARING ON MOTION TO DISMISS OR TRANSFER**<br>Dkt. No. 16 |

The Court will hold an in-person hearing on Defendants' Motion to Dismiss or, in the Alternative, to Transfer Venue (Dkt. 16) on **September 24, 2026 at 10:00 a.m.** Counsel must be prepared to answer the following questions at the hearing:

1. Plaintiff has filed evidence of an approved Form I-140. Ex. A to Dkt. 18. What significance, if any, does the approved Form I-140 have on the issue of whether venue in this District is proper? For example, is the approved Form I-140 evidence that Plaintiff has taken steps under the immigration laws that objectively manifest an intent to become a permanent resident of the United States who may claim residency for the purpose of establishing venue under 28 U.S.C.A. § 1391(c)(1)? *See Tian v. United States Dep't of State*, No. 5:26-cv-01006-PCP, -- F. Supp. 3d --, 2026 WL 2148334, at *2 (N.D. Cal. July 27, 2026); *Fang v. Rubio*, No. 25-CV-05151-TSH, 2025 WL 2772860, at *3 (N.D. Cal. Sept. 29, 2025).
2. What is the significance, if any, of the fact that Plaintiff was located outside the United States at the time this action was filed?

**SO ORDERED.**

Dated: September 1, 2026



SUSAN VAN KEULEN
United States Magistrate Judge